|   |   |
|---|---|
| 1 | Jack P. Burden, Esq. |
|   | Nevada State Bar No. 6918 |
| 2 | Jacquelyn Franco, Esq. |
| 3 | Nevada Bar No. 13484 |
|   | **BACKUS｜BURDEN** |
| 4 | 3050 South Durango Drive |
|   | Las Vegas, NV 89117 |
| 5 | (702) 872-5555 |
| 6 | (702) 872-5545 |
|   | jburden@backuslaw.com |
| 7 | jacquelynfranco@backuslaw.com |
|   | Attorneys for Defendant, |
| 8 | *Albertson's LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANNA MARIE AMPEY, | ) | Case No.   2:24-cv-02055-GMN-BNW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND** |
| | ) | **DISCOVERY DEADLINES** |
| ALBERTSON'S LLC, a foreign | ) | **(Second Request)** |
| Corporation d/b/a; Albertson's DOES 1 | ) | |
| through X; and ROE CORPORATIONS | ) | |
| I through X, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Anna Marie Amp, by and through her attorneys, Marcus A. Burg, Esq., Boyd B. Moss Esq., and John C. Funk, Esq. of the law firm Moss Berg Injury Lawyers and Defendant Albertson's LLC., by and through its attorneys, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law office of BACKUS｜BURDEN; pursuant to LR 6-1 and LR 26-3, and for good cause, hereby stipulate and agree to an extension of discovery deadlines based on the following representations:

**A.   Discovery Completed:**

1. Plaintiff has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

2. Defendant has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

3. Plaintiff has served her First Set of Interrogatories and Requests for Production of Documents to Defendant;

4. Defendant has served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff;

5. Plaintiff's has responded to Defendant's First Set of Interrogatories and Requests for Production of Documents;

6. Defendant has responded to Plaintiff's First Set of Interrogatories and Requests for Production of Documents;

7. Defendant has taken Plaintiff's deposition;

8. Plaintiff has conducted a site inspection;

9. Defendant has subpoenaed and obtain Plaintiff's partial set of medical records.

B. **Discovery that remains to be completed:**

1. Plaintiff's First Set of Requests for Admissions;

2. Defendant's First Set of Requests for Admissions;

3. Defendant needs to subpoena and obtain Plaintiff's remaining and complete set of Plaintiff's medical records;

4. Designation of initial and rebuttal expert witnesses;

5. Depositions of FRCP 30(b)(6) witness(es) of Defendant;

6. Deposition(s) of the parties' expert witnesses and rebuttal expert witnesses, if necessary;

7. Deposition(s) of relevant witnesses, percipient and medical, if necessary; and

8. Any and all remaining discovery to be determined by the parties as needed.

2

**C.     Reasons that Discovery has not yet been completed are:**

The parties are actively working to conduct and complete discovery. Defendant took Plaintiff's deposition on May 15, 2025. During this deposition, information regarding prior surgery and medical providers unknown to Defendant, as well as other details about her medical history, were revealed. Subpoenas have been issued to retrieve said medical records but are still outstanding. Defendant therefore needs additional time to obtain medical records of the same. With the approaching Initial Expert deadline, more time is needed to obtain and assess these records. The parties respectfully submit that the above and foregoing constitute good cause for the extension of the discovery deadlines by thirty (30) days.

| Scheduled Event | Current Deadlines | Proposed Deadline |
|---|---|---|
| Discovery Cut-off [LR 26 1(b)(1)] | September 2, 2025 | **October 2, 2025** |
| Final date to file motions to amend pleadings or add parties [LR 26-1(b)(2)] | June 4, 2025 | **CLOSED** |
| Initial Expert Disclosure pursuant to FRCP 26 (a)(2) | July 7, 2025 | **August 6, 2025** |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | August 6, 2025 | **September 5, 2025** |
| Dispositive Motions [LR 26-1(b)(4)] | 30 days after the discovery cut-off date | TBD by Trial Date |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3

**D.   Current trial date:**

A date for this trial has not been set.

WHEREFORE, the parties hereto respectfully request this honorable Court to adopt the foregoing stipulation of the parties.

**IT IS SO AGREED.**

DATED: __July 2__, 2025                                  DATED: __July 2__, 2025

**Moss Berg Injury Lawyers**                            **BACKUS | BURDEN**

By: /s/ Marcus A. Berg                                  By: /s/ Jack P. Burden
Marcus A. Berg, Esq.                                    Jack P. Burden, Esq.
Nevada Bar No. 9670                                     Nevada State Bar No. 6918
Boyd B. Moss, III, Esq.                                 Jacquelyn Franco, Esq.
Nevada Bar No. 8856                                     Nevada Bar No. 13484
John C. Funk, Esq.                                      3050 South Durango Drive
Nevada Bar No. 9255                                     Las Vegas, NV 89117
5420 W. Sahara Avenue, Suite 101                        *Attorneys for Defendant Albertson's LLC*
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Anna Marie Ampey*

<u>ORDER</u> - **2:24-cv-02055-GMN-BNW**

***IT IS SO ORDERED.***

_____
DATED: 7/14/2025

4