Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MARIE AMPEY, | Case No.   2:24-cv-02055-GMN-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| ALBERTSON'S LLC, a foreign Corporation d/b/a; Albertson's DOES 1 through X; and ROE CORPORATIONS I through X, inclusive, | **(Third Request)** |
| Defendants. | |

Plaintiff, Anna Marie Amp, by and through her attorneys, Marcus A. Burg, Esq., Boyd B. Moss Esq., and John C. Funk, Esq. of the law firm Moss Berg Injury Lawyers and Defendant Albertson's LLC., by and through its attorneys, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law office of BACKUS | BURDEN; pursuant to LR 6-1 and LR 26-3, and for good cause, hereby stipulate and agree to an extension of discovery deadlines based on the following representations:

**A.    Discovery Completed:**

1. Plaintiff has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

2. Defendant has provided disclosures and supplemental disclosures pursuant to FRCP 26.1;

3. Plaintiff has served her First Set of Interrogatories and Requests for Production of Documents to Defendant;

4. Defendant has served its First Set of Interrogatories and Requests for Production of Documents to Plaintiff;

5. Plaintiff's has responded to Defendant's First Set of Interrogatories and Requests for Production of Documents;

6. Defendant has responded to Plaintiff's First Set of Interrogatories and Requests for Production of Documents;

7. Defendant has taken Plaintiff's deposition;

8. Plaintiff has conducted a site inspection;

9. Defendant has subpoenaed and obtain Plaintiff's full set of medical records;

10. Depositions of FRCP 30(b)(6) witness(es) of Defendant

11. Designation of initial and rebuttal expert witnesses, as needed;

B. **Discovery that remains to be completed:**

1. Plaintiff's First Set of Requests for Admissions, if necessary;

2. Defendant's First Set of Requests for Admissions, if necessary;

3. Defendant is awaiting receipt of Plaintiff's remaining and complete set of Plaintiff's medical records;

4. Deposition(s) of the parties' expert witnesses and rebuttal expert witnesses, if necessary;

5. Deposition(s) of relevant witnesses, percipient and medical, if necessary; and

6. Any and all remaining discovery to be determined by the parties as needed.

C. **Reasons that Discovery has not yet been completed are:**

The parties are actively working to conduct and complete discovery. Plaintiff receives

Social Security Disability Benefits. Subpoenas have been issued to retrieve these medical records, but they are still outstanding. Defendant, therefore, needs additional time to obtain the medical records of the same. Further, the parties would like more time to allow for the exploration of alternative dispute resolution. The parties respectfully submit that the above and foregoing constitute good cause for the extension of the discovery deadlines by sixty (60) days.

| Scheduled Event | Current Deadlines | Proposed Deadline |
|---|---|---|
| Discovery Cut-off [LR 26 1(b)(1)] | October 2, 2025 | **December 1, 2025** |
| Final date to file motions to amend pleadings or add parties [LR 26-1(b)(2)] | June 4, 2025 | **CLOSED** |
| Initial Expert Disclosure pursuant to FRCP 26 (a)(2) | August 6, 2025 | **CLOSED** |
| Rebuttal Expert Disclosure pursuant to FRCP 26(a)(2) | September 5, 2025 | **CLOSED** |
| Dispositive Motions [LR 26-1(b)(4)] | 30 days after the discovery cut-off date | 30 days after the discovery cut-off date ~~TBD by Trial Date~~ |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**D.     Current trial date:**

A date for this trial has not been set.

WHEREFORE, the parties hereto respectfully request this honorable Court to adopt the foregoing stipulation of the parties.

**IT IS SO AGREED.**

| | |
|---|---|
| DATED: September 15, 2025 | DATED: September 15, 2025 |
| **Moss Berg Injury Lawyers** | **BACKUS \| BURDEN** |
| By: /s/ Marcus A Berg | By: /s/ Jack P. Burden |
| Marcus A. Berg, Esq. | Jack P. Burden, Esq. |
| Nevada Bar No. 9670 | Nevada State Bar No. 6918 |
| Boyd B. Moss, III, Esq. | Jacquelyn Franco, Esq. |
| Nevada Bar No. 8856 | Nevada Bar No. 13484 |
| John C. Funk, Esq. | 3050 South Durango Drive |
| Nevada Bar No. 9255 | Las Vegas, NV 89117 |
| 5420 W. Sahara Avenue, Suite 101 | *Attorneys for Defendant Albertson's LLC* |
| Las Vegas, Nevada 89146 | |
| *Attorneys for Plaintiff Anna Marie Ampey* | |

### ORDER - 2:24-cv-02055-GMN-BNW

It is so ORDERED that the discovery cut-off date is extended to December 1, 2025 and dispositive motions are due 30 days after the discovery cut-off date.

_____
UNITED STATES MAGISTRATE JUDGE
**DATED:** September 16, 2025

4

# Jamie Clark

| | |
|---|---|
| **From:** | Tonya Baltazar <Tonya@mossberglv.com> |
| **Sent:** | Monday, September 15, 2025 2:39 PM |
| **To:** | Jamie Clark; Jacquelyn Franco; Jack Burden; Marcus Berg |
| **Cc:** | Katri Ching; John Funk; Anne Raymundo |
| **Subject:** | RE: Albertsons adv. Ampey -Employee Depositions |

You can sign for Marcus.

Have a Great Day! 

**Tonya Baltazar,** *Paralegal*
MOSS BERG INJURY LAWYERS
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 222-4555
Facsimile: (702) 222-4556
tonya@mossberglv.com
www.mossberginjurylaw.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. Nothing in this e-mail should be construed as an electronic signature or an act constituting a binding contract. If you have received this communication in error, please immediately notify us at (702) 222-4555. Thank you.

---

**From:** Jamie Clark <jamieclark@backuslaw.com>
**Sent:** Monday, September 15, 2025 2:35 PM
**To:** Tonya Baltazar <Tonya@mossberglv.com>; Jacquelyn Franco <jacquelynfranco@backuslaw.com>; Jack Burden <jackburden@backuslaw.com>; Marcus Berg <Marcus@mossberglv.com>
**Cc:** Katri Ching <kching@backuslaw.com>; John Funk <John@mossberglv.com>; Anne Raymundo

# CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ____September 15____, 2025, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| MARCUS A. BERG, ESQ.<br>Nevada Bar No. 9760<br>marcus@mossbergIv.com<br>JOHN C. FUNK, ESQ.<br>Nevada Bar No. 9255<br>john@mossberglv.com<br>MOSS BERG INJURY LAWYERS<br>5420 West Sahara Avenue #101<br>Las Vegas, Nevada 89146<br>T: (702) 222-4555 - F: (702) 222-4556 | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/s/ Anne Raymundo_____
An employee of BACKUS | BURDEN

5