Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNA MARIE AMPEY, | ) Case No.  **2:24-cv-02055-GMN-BNW** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER RE** |
| | ) **DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC, a foreign | ) |
| Corporation d/b/a; Albertson's DOES  1 | ) |
| through X; and ROE CORPORATIONS | ) |
| I through X, inclusive, | ) |
| | ) |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** between the parties, Plaintiff, Anna Marie Amp, by and through her attorneys, Marcus A. Burg, Esq., Boyd B. Moss Esq., and John C. Funk, Esq. of the law firm Moss Berg Injury Lawyers and Defendant Albertson's LLC., by and through its attorneys, Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of the law office of BACKUS | BURDEN; to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay..

DATED: January 21 , 2026

**Moss Berg Injury Lawyers**

By: /s/ Marcus A. Berg
Marcus A. Berg, Esq.
Nevada Bar No. 9670
Boyd B. Moss, III, Esq.
Nevada Bar No. 8856
John C. Funk, Esq.
Nevada Bar No. 9255
5420 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Anna Marie Ampey*

DATED: January 21, 2026

**BACKUS | BURDEN**

By: /s/ Jack P. Burden
Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*

**ORDER - 2:24-cv-02055-GMN-BNW**

***IT IS SO ORDERED.***

_____
**UNITED STATES DISTRICT JUDGE**

*Dated:*    January 22, 2026

**From:** Tonya Baltazar <Tonya@mossberglv.com>
**Sent:** Wednesday, January 21, 2026 10:08 AM
**To:** Anne Raymundo <anneraymundo@backuslaw.com>
**Subject:** RE: Albertsons adv. Ampey - Settlement

Marcus said you can e-sign for him

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

2

**BACKUS | BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545